## KARTEL CAPITAL, LLC, et al., Appellants,

v.

## KC LIFE INSURANCE CO., Respondent.

### WD 78237

Missouri Court of Appeals, Western District.

ORDER FILED: September 15, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied October 27, 2015

William Quirk, Kansas City, MO, Counsel for Appellants.

Miriam Bailey, Kansas City, MO, Co-Counsel for Appellants.

Nick Kurt, Kansas City, MO, Counsel for Respondent.

Timothy Wallner, Kansas City, MO, Co-Counsel for Respondent.

Before Division Two, Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Kartel Capital, LLC and its founder Mr. Joseph Kashani appeal the amended judgment granting KC Life Insurance Co.'s motion for summary judgment in this dispute over the sale of the Penntower Office Building in Kansas City, Missouri.

For the reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).